IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATE A. LINDELL,

           Plaintiff,

v.

ASHLEY SUPRISE,

           Defendant.

OPINION and ORDER

23-cv-805-amb

---

Self-represented plaintiff Nate A. Lindell is proceeding to trial on an Eighth Amendment claim against defendant Ashley Suprise. The court will hold a final pretrial conference via Zoom on February 10, 2026 at 11:00 a.m. and trial is set to begin on February 17, 2026.

Non-party Brianna Burton has filed a motion to intervene under Federal Rule of Civil Procedure 24. Dkt. 72. Rule 24(b) allows for permissive intervention and provides that the court may permit anyone to intervene who has a conditional statutory right to intervene or "has a claim or defense that shares with the main action a common question of law or fact." Burton wishes to observe all remaining court proceedings in this case and to record them "for newsgathering and accurate reporting." Dkt. 73, ¶ 4. She attests in support that she is "a freelance journalist and public-interest investigator" whose "purpose is limited to transparency and accuracy in reporting on proceedings involving an incarcerated individual who is unable to personally observe, attend, or record those proceedings." Dkt. 73, ¶¶ 2, 10.

The motion to intervene is DENIED because Burton does not seek to join her own claim in this case or otherwise participate as a litigant. And Burton, as a member of the public, is welcome to attend the court's public proceedings without first seeking the court's permission. *See Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999)

("…the public at large pays for the courts and therefore has an interest in what goes on at all stages of a judicial proceeding").  To that end, Burton may join the Zoom final pretrial conference as an observer.  If she does, like all observers, she must mute herself and disable her own video to ensure that the conference proceeds without distraction or interruption.  The clerk of court will contact Burton to provide her with a copy of a link to the Zoom hearing and ensure that Burton follows these directions before the conference begins.  If Burton also wishes to attend trial, which will be in person, she must arrange for her own attendance.

Burton may not record any judicial proceedings in this case.  This court, in keeping with Judicial Conference policy generally prohibiting "either civil or criminal courtroom proceedings in the district courts to be broadcast, televised, recorded, or photographed for the purpose of public dissemination," forbids parties and non-parties alike from recording its proceedings.  Vol. 10, Ch. 4, § 410.10.  To the extent I could allow such recording in my discretion, I see no reason to do so here in the interest of "accuracy in reporting" when plaintiff will be personally participating in the final pretrial conference and his trial, and Burton may contact the clerk's office to order transcripts of the court's public proceedings.

ORDER

IT IS ORDERED that:

1. Non-party Brianna Burton's motion to intervene, Dkt. 72, is DENIED.

2. The clerk of court is directed to contact Burton to provide her with a copy of this order and a link to the Zoom final pretrial conference on February 10, 2026.

3. The court will mail a copy of this order to plaintiff.

Entered January 8, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge