IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATE A. LINDELL,

                Plaintiff,

  v.                                  OPINION and ORDER

ASHLEY SUPRISE,                        23-cv-805-amb

                Defendant.

---

    Plaintiff's pretrial filings were due on January 15, 2026. The court received an email on January 21, 2026 sent by non-party Brianna Burton purportedly on behalf of plaintiff that attaches plaintiff's pretrial filings. Also attached is a motion for leave to file these submissions late, explaining that plaintiff's USB drive failed and he received a conduct report for allegedly disruptive behavior that resulted in a sanction of cell confinement for seven days.

    Plaintiff has stated that Burton is his agent, but parties in federal court must litigate their cases "personally or by counsel." 28 U.S.C. § 1654. For good reason, non-lawyers cannot represent others, including by filing motions, *Lewis v. Lenc-Smith Mfg. Co.*, 784 F.2d 829, 830–31 (7th Cir. 1986), even if the non-attorney is a concerned citizen, *Georgakis v. Ill. State Univ.*, 722 F.3d 1075, 1077 (7th Cir. 2013). Beyond these important points, Burton and plaintiff have already been warned that the court does not accept filings by email—either to the helpdesk email or the chambers' generic email. *See* Dkt. 95 at 2 in Case No. 23-cv-811-jdp ("This court does not allow the filing of submissions by email, so both Burton and Lindell should refrain from doing so.").

    Attached to this order are the attachments received from Burton. Plaintiff is representing himself and is incarcerated, but he is an experienced litigator in this court who

has shown himself capable of filing his own submissions. *See, e.g.*, Dkts. 4, 5, 7, & 8. Although his current institution does not participate in the e-filing program, he is still able to mail his submissions to the court. *See, e.g.*, Dkts. 16, 33, 76, & 95. Plaintiff is therefore ORDERED to mail copies of any pretrial filings he would like the court to consider, and any response to defendant's pretrial filings, by January 29, 2026 for docketing. To avoid mail delay, defense counsel is ORDERED to send prison officials an electronic copy of this order and attachments for immediate distribution to plaintiff.

SO ORDERED.

Entered January 22, 2026.

BY THE COURT:

/s/

_____

ANITA MARIE BOOR
Magistrate Judge