IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NATE A. LINDELL,

          Plaintiff,

v.

ASHLEY SUPRISE,

          Defendant.

ORDER

23-cv-805-amb

---

    Defendant has submitted her personnel file and related intake files for *in camera* review per the court's order at the February 11, 2026 second final pretrial conference. Dkts. 129–137. Plaintiff has already obtained some of these materials, including investigative files regarding plaintiff's PREA complaint against defendant and defendant's arrest and termination. The remaining files include hiring and other personnel materials, a letter from a nonparty inmate referencing defendant, and additional, undisclosed investigative files.

    The files contain information that has already been disclosed or that is substantially similar to the information plaintiff has obtained, which was discussed at length during the final pretrial conferences on February 10 and February 11, 2026. The undisclosed information involves allegations that defendant engaged in an inappropriate relationship with a supervisor, inappropriately gossiped about coworkers, and made inappropriate comments to inmates. At face value, this amounts to workplace misconduct, but even if taken as wholly true, this information is not admissible in this case.

    The court has reviewed all of the undisclosed documents and will not require their production. Applying Federal Rule of Evidence 401, these documents do not contain any

1

evidence that would have any tendency to make a fact of consequence in this case more or less probable than it would be without the evidence. Nor do any of these documents contain permissible character or other acts evidence under Rules 404(b) or 415, or impeachment evidence under Rule 608(b). These documents do, however, contain plenty of information that would be confusing to the jurors, a waste of trial time, and unfairly prejudicial to defendant under Rule 403.

Plaintiff's request for further production from defendant's personnel and intake files is DENIED. Defense counsel is ORDERED to send the litigation coordinator at plaintiff's institution a copy of this order via electronic means for immediate distribution to plaintiff.

SO ORDERED.

Entered February 12, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge

2